```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RENEE NOLL BAUMGARDNER, et al.   :       CIVIL ACTION
                                 :
            v.                   :
                                 :
WYETH PHARMACEUTICALS            :       NO.  05-5720
```

---

```
RENEE NOLL BAUMGARDNER,          :       CIVIL ACTION
COREY FOSTER BAADSGAARD,         :
MELODY BROWN,                    :       NOS. 06-2518
LEAH CRAIG CHUMBLEY,             :            06-2519
PAULETTE FORD, JOAN HENNING,     :            06-2520
JAMES W. HILL, SHARON RODGERS,   :            06-2521
LORRAINE AND ROBERT SLATER,      :            06-2522
JAME CHARLEA TIERNEY             :            06-2523
                                 :            06-2524
            v.                   :            06-2525
                                 :            06-2526
WYETH PHARMACEUTICALS            :            06-2527
```

<u>ORDER</u>

AND NOW, this 31st day of August 2010, upon consideration of the defendant's "Motion for Summary Judgment Based on Federal Preemption," and the plaintiffs' response thereto, IT IS ORDERED:

That the defendant's motion is DENIED.


                                    BY THE COURT:


                                    /s/ John P. Fullam
                                    John P. Fullam, Sr. J.